IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NOEL PERRY, on behalf of himself and others similarly situated | ) ) ) |
| Plaintiff, | ) Case No. 2:19-cv-1921 ) ) Judge Algenon L. Marbley ) Magistrate Judge Kimberly A. Jolson |
| vs. | ) ) |
| DASCO HOME MEDICAL EQUIPMENT, INC. | ) **JOINT NOTICE OF SETTLEMENT** ) ) |
| Defendant. | ) |

Plaintiff, Noel Perry, and Defendant, Dasco Home Medical Equipment, Inc., hereby notify the Court that the Parties have settled this case. The Parties respectfully request twenty-one (21) days to submit their Joint Motion for Approval of Settlement.

Respectfully submitted,

| | |
|---|---|
| */s/ Shannon M. Draher* | */s/ Laura L. Mills* |
| Shannon M. Draher (0074304) | Laura L. Mills, Esq. (0063011) |
| Hans A. Nilges (0076017) | Mills, Mills, Fiely & Lucas, LLC |
| Nilges Draher LLC | 101 Central Plaza South, Suite 1200 |
| 7266 Portage Street, N.W., Suite D | Canton, Ohio 44702 |
| Massillon, OH 44646 | P: 330.456.0506 |
| Telephone: (330) 470-4428 | F: 855.764.3543 |
| Facsimile: (330) 754-1430 | Email: lmills@mmfllaw.com |
| Email: hans@ohlaborlaw.com | |
| sdraher@ohlaborlaw.com | *Counsel for Defendant* |
| | |
| Robi J. Baishnab (0086195) | |
| 34 N. High St., Ste. 502 | |
| Columbus, OH 43215 | |
| Telephone: (614) 824-5770 | |
| Facsimile: (330) 754-1430 | |
| Email: rbaishnab@ohlaborlaw.com | |

| | |
|---|---|
| Jeffrey J. Moyle (0084854)<br>614 West Superior Ave<br>Suite 1148<br>Cleveland, OH 44113<br>Telephone: (216) 230-2944<br>Facsimile: (330) 754-1430<br>E-mail: jmoyle@ohlaborlaw.com<br><br>*Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2019, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Shannon M. Draher*
Shannon M. Draher (0074304)
*Counsel for Plaintiff*